FILED

MAY 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30085 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-05576-BHS-1 |
| v. | |
| CHARLEY DANIEL PARKER, | ORDER* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Benjamin H. Settle, District Judge, Presiding

Argued and Submitted March 6, 2013
Seattle, Washington

Before: FERNANDEZ, W. FLETCHER, and RAWLINSON, Circuit Judges.

The Joint Motion to Dismiss Appeal as Moot, filed on May 10, 2013, is

GRANTED. All pending motions are denied as moot. A certified copy of this

order sent to the district court shall constitute the mandate.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.